UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DANIEL RAMIREZ,<br><br>  Petitioner,<br><br>  v.<br><br>CONNIE GIPSON, Acting Warden,[1]<br><br>  Respondent. | CV 11-08688-PSG (SH)<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition for Writ of habeas Corpus is denied and the action is dismissed with prejudice.

DATED: ___August 17, 2012_____

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

---

[1] Connie Gipson, the Acting Warden of the prison where petitioner is incarcerated, is substituted in as the respondent.

1